1  Armond M. Jackson (Bar No. CA-281547)
   **JACKSON LAW, APC**
2  2 Venture Plaza, Ste. 240
   Irvine, California 92618
3  Tel:  949.281.6857
   Fax:  949.777.6218
4
   Attorneys for Plaintiff
5  IGNACIO FLORES

6  Julie Dunne (Bar No. CA-160544)
   julie.dunne@us.dlapiper.com
7  Matthew Riley (Bar No. CA-257643)
   matthew.riley@us.dlapiper.com
8  Vani Parti (Bar No. CA-308468)
   vani.parti@us.dlapiper.com
9  **DLA PIPER LLP (US)**
   401 B Street
10 Suite 1700
   San Diego, California 92101-4297
11 Tel:  619.699.2700
   Fax:  619.699.2701
12
   Attorneys for Defendants
13 GMRI, INC. and DARDEN RESTAURANTS, INC.
14

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| IGNACIO FLORES, as an individual and on behalf of others similarly situated,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GMRI, INC. dba Yardhouse, SOUTH COUNTY CONCEPTS, INC. dba Taps Fish House and Brewery, DARDEN RESTAURANT, INC. and DOES 1-50, inclusive,<br>　　　　　　Defendant. | Case No. 8:20-cv-01779-JLS-DFM<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE [FRCP 41(a)(1)(A)(ii)]** |

## STIPULATION OF DISMISSAL

As a result of Plaintiff Ignacio Flores' ("Plaintiff") unexpected death, counsel for Plaintiff and counsel for Defendants GMRI, Inc. and Darden Restaurants, Inc. ("Defendants") hereby stipulate that the above-captioned action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his or its own costs and attorneys' fees.

Because this Stipulation is signed on behalf of all affected parties who have appeared and no class has been certified, no Court order is necessary to effectuate dismissal of this case. *See Diaz v. Trust Territory of Pacific Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989) ("The Court's duty to inquire into a [] dismissal differs before and after certification. Before certification, the dismissal is not res judicata against the absent class members and the court does not need to perform the kind of substantive oversight required when reviewing a settlement binding upon the class."). Federal Rule of Civil Procedure 23(e) is inapplicable to the dismissal of this action.

**NOW, THEREFORE**, counsel for Plaintiff and counsel for Defendants agree as follows:

1. Plaintiff's claims are dismissed without prejudice; and

2. Each side will bear his or its own attorneys' fees and costs.

**IT IS SO STIPULATED**.

Dated: November 6, 2020      JACKSON LAW, APC

By: /s/ Armond M. Jackson
　　ARMOND M. JACKSON

Attorneys for Plaintiff
IGNACIO FLORES

Dated: November 6, 2020

DLA PIPER LLP (US)

By: /s/ Julie Dunne
    JULIE DUNNE
    MATTHEW RILEY
    VANI PARTI

Attorneys for Defendants
GMRI, INC. and DARDEN RESTAURANTS, INC.

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i) all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 6, 2020

        /s/   Armond M. Jackson

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

　　　　　　　　　　　　　　　　　　*/s/ Armond M. Jackson*
　　　　　　　　　　　　　　　　　　ARMOND M. JACKSON