UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# JS-6

## CIVIL MINUTES – GENERAL

| Case No. | SACV 20-01779-JLS (DFMx) | Date | November 6, 2020 |
|---|---|---|---|
| Title | Ignacio Fores v. GMRI Inc. et al | | |

| Present: The Honorable | JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa Kunig | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS WITH PREJUDICE**

   The Court, having been advised that this action has been resolved by a Stipulation of Dismissal [15], hereby orders this action dismissed without prejudice.  The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                          -    :    -

                                 Initials of Deputy Clerk    mku